■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HULAN E. JACK, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Rabin, J. P., Valente, McNally, Eager and Steuer, JJ.

■ In the Matter of SIDNEY J. UNGAR, Appellant. JOSEPH A. SARAFITE, as Judge of the Court of General Sessions, Respondent.— Appeal from mandate of order and judgment of conviction unanimously dismissed, without costs. No opinion. Concur — Rabin, J. P., Valente, McNally, Eager and Steuer, JJ.

■ In the Matter of SIDNEY J. UNGAR, Petitioner, v. JOSEPH A. SARAFITE, as Judge of the Court of General Sessions of the County of New York, Respondent.— Determination, mandate of order and judgment of conviction unanimously affirmed, with costs to the respondent. No opinion. Concur — Rabin, J. P., Valente, McNally, Eager and Steuer, JJ.

■ 220-2 EAST 85TH ST., INC., et al. v. MARVIN FASTENBERG et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

■ HARRY A. SHARPE v. EMPIRE STATE MUTUAL SALES, INC., et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Eager and Bastow, JJ.

■ HENRY JORDAN v. LESTER LEVY, Individually and Doing Business as TEDDY' SHANTY.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Rabin, Valente, Eager and Bergan, JJ.

■ ANNE NARDONE v. ANTHONY NARDONE.— Motion for leave to appeal to the Court of Appeals denied. Concur — Botein, P. J., Breitel, Stevens, Eager and Steuer, JJ.

■ In the Matter of SIDNEY I. DYER. ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK.— Motion for an order directing the Association of the Bar of the City of New York to conduct disciplinary proceedings is in all respects denied. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.

■ In the Matter of FRAZIER DAVIDSON, an Attorney.— Motion for leave to reargue or for leave to appeal to the Court of Appeals and for other relief denied. Motion by the Harlem Lawyers Association for leave to submit an affidavit *amicus curiæ* granted. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ WILLIAM V. BRADLEY, Individually and as President of the International Longshoremen's Association, v. JOSEPH O'HARE, Individually and as President of Federal Labor Union No. 24948 New York.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

■ JACQUES ISSERLES v. GIL-ED CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, McNally, Stevens and Eager, JJ.

■ JULIA KOI v. P. S. & M. CATERING CORP.— Motion for reargument denied, with $10 costs. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

■ JAMES D. WILLIAMS, v. GERALD A. BARTELL et al.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., McNally, Eager, Steuer and Bergan, JJ.

■ NACHMAN CADILLAC CORPORATION v. INDEMNITY INSURANCE COMPANY OF NORTH AMERICA.— Application denied, with $10 costs. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

■ SOL VOGEL et al. v. ANNA MEDLIN et al.— Application granted. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

■ In the Matter of AUGUSTUS S. HUTCHINS, Deceased.— Motion to dismiss appeal from decree entered December 8, 1961 granted, with $10 costs,